FILED

NOV 07 2023

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT** _____

Joshua Ewen                                    )
                                               )
_____                               )
                                               )
_____                               )
                                               )
**Name of plaintiff (s)**                      )
                                               )
v.                                             )        Case No. 23-cv-145 _____
                                               )        (to be assigned by Clerk)
Paula Deen's Family                            )
                                               )        KAC/CRW
Kitchen                                        )
                                               )
                                               )
_____                               )
**Name of defendant (s)**                      )

<u>COMPLAINT</u>

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Defendant discriminated against me based on my religion, race, Gender. Which is in violation Title VII of the Civil Rights Act of 1964.

2. Plaintiff, Joshua Ewen _____ resides at

209 Davis Rd _____, Strawberry Plains _____
street address                                          city

Jefferson _____, TN _____, 37871 , 423-277-0582
county                          state       zip code      telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____

_____

1

3. Defendant, <u>Paula Deens Family Kitchen</u> lives at, or its business is located at

<u>Island Drive</u> , <u>Pigeon Forge</u> ,
street address                                           city

<u>Sevier</u> , <u>TN</u> , <u>_____</u> .
county                              state                  zip code

(if more than one defendant, provide the same information for each defendant below)

_____

_____

_____

_____

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

From Late April to early May, I was treated undifferently, forced with unequal terms and conditions of my employment, segergated based on religion and race, failure of accomodation of religion, termination of my employment, defamation, and retaliation.

_____

_____

_____

_____

_____

_____

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

a. Because of my Termination it has finacally damaged my family, I am seeking restoration of income missed

b. Due to Defamation I am seeking $5,000,000 for revenue generated over the past 9 years.

c. For emotional damages I a seeking an Written apology not only to me but my fellow race and Practitioners.

d. I am seeking for the defendants to conduct proper training in the field of disccimination.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ~~7th~~ day of __November__, 20 23 .

_____

_____

_____

Signature of plaintiff (s)

3