UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| JOSHUA ALLEN EWEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:23-CV-145-KAC-CRW |
| | ) | |
| HEY Y'ALL, LLC d/b/a Paula Deen's Family Kitchen; | ) ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In the "Order Granting Summary Judgment," the Court **GRANTED** Defendant's motion for summary judgment [Doc. 31]. Because no claims remain in the action, the Court **DIRECTS** the Clerk to close the case.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
  *s/ LeAnna R. Wilson*
  CLERK OF COURT